UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARLYN DAVID ISABEL-VASQUEZ,

Plaintiff,

- against -

ANDREA QUARANTILLO, ET AL.,

Defendants.

26-cv-7886 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a)(3) of the Federal Rules of Civil Procedure, the time for the defendants Joseph B. Edlow, Markwayne Mullin, and Todd Blanche to answer the complaint is November 30, 2026. The time for the defendant Andrea Quarantillo to answer the complaint is December 4, 2026.

The Clerk is respectfully requested to reset the deadlines on the docket.

SO ORDERED.

Dated: New York, New York
October 27, 2026

John G. Koeltl
United States District Judge